```
                              FILED
                        CLERK, U.S. DISTRICT COURT

                            OCT 31 2014

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR 12-606 MWF |
| v. | |
| Jose Gonzalez-Chavez | ORDER OF DETENTION |
| Defendant. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CDCA__

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Allegation FT Report to USPO__

__No PTS Interview__

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 10/31/14

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE